ELIZABETH O. GILL (SBN 218311)
JENNIFER L. CHOU (SBN 304838)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: *egill@aclunc.org*
Email: *jchou@aclunc.org*

BRIGITTE AMIRI (*pro hac vice*)
BRIAN HAUSS (SBN 284759)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2633
Facsimile: (212) 549-2652
Email: *bamiri@aclu.org*
Email: *bhauss@aclu.org*

Attorneys for Plaintiff
[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> SYLVIA MATTHEWS BURWELL, Secretary of Health and Human Services; MARK GREENBERG, Acting Assistant Secretary for Administration for Children and Families; ROBERT CAREY, Director of Office of Refugee Resettlement, in their official capacities, <br><br> Defendants. | Civil No. 3:16-cv-03539-LB <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

---

*AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA V. BURWELL ET. AL.*,
NOTICE OF APPEARANCE OF COUNSEL, CIVIL NO. 3:16-CV-03539-LB

MELISSA GOODMAN (SBN 289464)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5299
Email: *mgoodman@aclusocal.org*

DANIEL MACH (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
Telephone: 202-675-2330
Email: *dmach@aclu.org*

Attorneys for Plaintiff

*AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA V. BURWELL ET. AL.,*
NOTICE OF APPEARANCE OF COUNSEL, CIVIL NO. 3:16-CV-03539-LB

I

| | |
|---|---|
| 1 | Notice is hereby given of the entry of Elizabeth O. Gill and Jennifer L. Chou of the |
| 2 | American Civil Liberties Union Foundation of Northern California and Melissa Goodman of the |
| 3 | American Civil Liberties Union Foundation of Southern California as appearing in this matter as |
| 4 | additional counsel for Plaintiff, in the above-entitled action. Pursuant to Federal Rule of Civil |
| 5 | Procedure 5, all further notice and copies of pleadings, papers, and other material relevant to this |
| 6 | action should also be directed to and served upon: |

ELIZABETH O. GILL (SBN 218311)
JENNIFER L. CHOU (SBN 304838)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: egill@aclunc.org
       jchou@aclunc.org

MELISSA GOODMAN (SBN 289464)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5299
Email: mgoodman@aclusocal.org


DATED: June 24, 2016                    Respectfully submitted,

                                        AMERICAN CIVIL LIBERTIES UNION
                                        FOUNDATION OF NORTHERN CALIFORNIA

                                        By: */s/ Elizabeth O. Gill*_____
                                            Elizabeth O. Gill


                                        By: */s/ Jennifer L. Chou*_____
                                            Jennifer L. Chou

---

*AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA V. BURWELL ET. AL.,*
NOTICE OF APPEARANCE OF COUNSEL, CIVIL NO. 3:16-CV-03539-LB

1

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA


By: */s/ Melissa Goodman*
　　Melissa Goodman

Attorneys for Plaintiff

*AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA V. BURWELL ET. AL.,*
NOTICE OF APPEARANCE OF COUNSEL, CIVIL NO. 3:16-CV-03539-LB

2