Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

American Civil Liberties Union of Northern
California

Plaintiff(s),

v.

Burwell, et al.

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

Case No: 3:16-cv-3539

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE** : ORDER
(CIVIL LOCAL RULE 11-3)

I, Brigitte Amiri                    , an active member in good standing of the bar of
New York                    , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: plaintiff ACLU of Northern California      in the
above-entitled action. My local co-counsel in this case is Jennifer Chou                , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 125 Broad Street, 18th Floor<br>New York, NY 10004 | 39 Drumm Street<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(212) 519-7897 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 621-2493 |
| MY EMAIL ADDRESS OF RECORD:<br>bamiri@aclu.org | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jchou@aclunc.org |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 3017167      .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  06/24/16                              Brigitte Amiri
                                          _____
                                                  APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brigitte Amiri            is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:  June 27, 2016                    _____
                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                      *October 2012*