AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| American Civil Liberties Union of Northern California | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:16-cv-3539 LB |
| Sylvia Mathews Burwell, Secretary of Health and Human Services; Mark Greenberg, Acting Assistant Secretary for Administration for Children and Families; Robert Carey, Director of Office of Refugee Resettlement, in their official capacities | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sylvia Mathews Burwell
Secretary of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian Hauss
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: June 24, 2016

Felicia Reloba
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-3539

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Sylvia Mathews Burwell__
was received by me on *(date)* __6/24/2016__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: As set out by Rule 4(i) of the Federal Rules of Civil Procedure, I served the summons and complaint on July 6, 2016 by certified mail upon the United States and the defendant at the following addresses: Civil Process Clerk, US Attorney's Office, 450 Golden Gate Ave, 11th Floor, San Francisco, CA 94102; Attorney General Loretta Lynch, US Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530; Sylvia Mathews Burwell Secretary of Health and Human Services, 200 Independence Ave, SW, Washington, DC 20201

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __July 29, 2016__

_Server's signature_

Anna Krist, American Civil Liberties Union Foundation, Legal Assistant
*Printed name and title*

125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sylvia Mathews Burwell
Secretary of Health & Human Services
200 Independence Ave., S.W.
Washington, D.C. 20201

9590 9401 0104 5168 1444 16

2. Article Number (Transfer from service label)

7015 0640 0002 9446 8473

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General Loretta Lynch
US Dept of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

9590 9401 0104 5168 1444 23

2. Article Number (Transfer from service label)

7015 0640 0002 9446 8497

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

JUL 06 2016

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
US Attorney's Office
450 Golden Gate Ave, 11th Fl
San Francisco, CA 94102

9590 9401 0104 5168 1444 78

2. Article Number (Transfer from service label)

7015 0640 0002 9446 8541

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| American Civil Liberties Union of Northern California <br><br> *Plaintiff(s)* <br> v. <br><br> Sylvia Mathews Burwell, Secretary of Health and Human Services; Mark Greenberg, Acting Assistant Secretary for Administration for Children and Families; Robert Carey, Director of Office of Refugee Resettlement, in their official capacities <br><br> *Defendant(s)* | Civil Action No. 3:16-cv-3539  LB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Robert Carey
Director of Office of Refugee Resettlement
330 C Street, SW
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian Hauss
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: June 24, 2016                                     Felicia Reloba
                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-3539

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Robert Carey**
was received by me on *(date)* **6/24/2016** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: As set out by Rule 4(i) of the Federal Rules of Civil Procedure, I served the summons and complaint on July 6, 2016 by certified mail upon the United States and the defendant at the following addresses: Civil Process Clerk, US Attorney's Office, 450 Golden Gate Ave, 11th Floor, San Francisco, CA 94102; Attorney General Loretta Lynch, US Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530; Robert Carey, Office of Refugee Resettlement, 330 C Street, SW, Washington, DC 20201

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 29, 2016

*Server's signature*

Anna Krist, American Civil Liberties Union Foundation, Legal Assistant
*Printed name and title*

125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert Carey
Director of ORR
330 C Street, SW
Washington, D.C. 20201

9590 9401 0104 5168 1444 30

2. Article Number (Transfer from service label)

7015 0640 0002 9446 8503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
US Attorney's Office
450 Golden Gate Ave, 11th Floor
San Francisco, CA 94102

9590 9401 0104 5168 1444 09

2. Article Number (Transfer from service label)

7015 0640 0002 9446 8480

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signed]
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General Loretta Lynch
US Department of Justice
950 Pennsylvania Ave, N.W.
Washington, D.C. 20530

9590 9401 0104 5168 1444 54

2. Article Number (Transfer from service label)

7015 0640 0002 9446 8527

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

U6 2016

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| American Civil Liberties Union of Northern California <br><br> *Plaintiff(s)* <br> v. <br> Sylvia Mathews Burwell, Secretary of Health and Human Services; Mark Greenberg, Acting Assistant Secretary for Administration for Children and Families; Robert Carey, Director of Office of Refugee Resettlement, in their official capacities <br><br> *Defendant(s)* | Civil Action No. 3:16-cv-3539 LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mark Greenberg
Acting Assistant Secretary for Administration for Children and Families
330 C Street, SW
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian Hauss
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: June 24, 2016

Felicia Reloba
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:16-cv-3539

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mark Greenberg**

was received by me on *(date)* **6/24/2016**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: As set out by Rule 4(i) of the Federal Rules of Civil Procedure, I served the summons and complaint on July 6, 2016 by certified mail upon the United States and the defendant at the following addresses: Civil Process Clerk, US Attorney's Office, 450 Golden Gate Ave, 11th Floor, San Francisco, CA 94102; Attorney General Loretta Lynch, US Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530; Mark Greenberg, Administration for Children and Families, 330 C Street, SW, Washington, DC 20201

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: July 29, 2016

*Server's signature*

Anna Krist, American Civil Liberties Union Foundation, Legal Assistant
*Printed name and title*

125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   US Attorney's Office
   450 Golden Gate Ave, 11th Floor
   San Francisco, CA 94102

   9590 9401 0104 5168 1444 47

2. Article Number (Transfer from service label)

   7015 0640 0002 9446 8510

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Attorney General Loretta Lynch
   US Department of Justice
   950 Pennsylvania Ave, NW
   Washington, D.C. 20530

   9590 9401 0104 5168 1444 85

2. Article Number (Transfer from service label)

   7015 0640 0002 9446 8558

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X  ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

[Postmark: JUL 05 2016]

3. Service Type:
   ☒ Certified Mail®
   ☒ Return Receipt for Merchandise

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

## Certified Mail Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7015 0640 0002 9446 8534

RETURN RECEIPT REQUESTED
OFFICIAL USE

Certified Mail Fee: $ 3.30

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $ 2.70
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage: $ .94
Total Postage and Fees: $ 7.36

Postmark Here: JUN 28 2016

Sent To: Mark Grenberg
Street and Apt. No., or PO Box No.: 330 C Street, SW
City, State, ZIP+4: Washington, D.C. 20201

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions