ELIZABETH O. GILL (SBN 218311)
JENNIFER L. CHOU (SBN 304838)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA  94111
T: (415) 621-2493
F: (415) 255-8437
Email: *egill@aclunc.org*
Email: *jchou@aclunc.org*

BRIGITTE AMIRI *(pro hac vice)*
BRIAN HAUSS (SBN 284759)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, New York 10004
T: (212) 549-2633
F: (212) 549-2652
Email: *bamiri@aclu.org*
Email: *bhauss@aclu.org*

*Attorneys for Plaintiff*
[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> SYLVIA MATHEWS BURWELL, Secretary of Health and Human Services; MARK GREENBERG, Acting Assistant Secretary for Administration for Children and Families; ROBERT CAREY, Director of Office of Refugee Resettlement, in their official capacities, <br><br> Defendants. | Case No. 3:16-cv-3539-LB <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

MELISSA GOODMAN (SBN 289464)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
T: (213) 977-9500
F: (213) 977-5299
Email:  *mgoodman@aclusocal.org*

DANIEL MACH *(pro hac vice)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
T: (202) 675-2330
Email:  *dmach@aclu.org*

*Attorneys for Plaintiff*

1    Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the outcome of this proceeding:

6

7    • *See* Exhibit A, attached hereto, for a list of organizations receiving grants from

8        the Office of Refugee Resettlement to provide care to unaccompanied children.

9

10    Plaintiff does not admit these entities have an interest in the subject matter that would be

11    substantially affected by the outcome of this proceeding, but discloses this list, out of an

12    abundance of caution, for the sole purpose of judicial recusal or disqualification.

13

14   Dated: August 2, 2016                          Respectfully submitted,

15                                                  ACLU FOUNDATION OF NORTHERN
16                                                  CALIFORNIA, INC.

17                                                  By: /s/ Elizabeth O. Gill
                                                        Elizabeth O. Gill
18
                                                    AMERICAN CIVIL LIBERTIES UNION
19                                                  FOUNDATION

20                                                  By: /s/ Brigitte Amiri
21                                                      Brigitte Amiri*

22                                                  AMERICAN CIVIL LIBERTIES UNION
                                                    FOUNDATION OF SOUTHERN CALIFORNIA
23
                                                    By: /s/ Melissa Goodman
24                                                      Melissa Goodman

25

26

27

28

1

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

2

By: /s/ Daniel Mach_____

3

Daniel Mach*

4

Attorneys for Plaintiff

5

* Appearing *pro hac vice*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# Division of Children's Services
# UAC Program Care Providers

A New Leaf – Dorothy Mitchell Residence
Shelter
Mesa, AZ

A New Leaf – Peterson Residence
Shelter
Mesa, AZ

Abbott House
Shelter
Irvington, NY

BCFS International Children's Services Baytown
Shelter
Baytown, TX

BCFS International Children's Services Chavaneaux
Shelter
San Antonio, TX

BCFS International Children's Services Fairfield
Staff-Secure
Fairfield, CA

BCFS International Children's Services Harlingen
Shelter
Harlingen, TX

BCFS International Children's Services Raymondville
Shelter
Raymondville, TX

BCFS International Children's Services San Antonio
Shelter, Transitional Foster Care, & Long Term Foster Care
San Antonio, TX

Bethany Children's Home – Helping Hands
Shelter
Womelsdorf, PA

Bethany Christian Services (USCCB & LIRS)
Transitional Foster Care, Transitional Group Home, Long Term Foster Care, & Long Term Foster Care
Group Home
Grand Rapids, MI

Board of Child Care
Shelter
Baltimore, MD

Cardinal McCloskey
Shelter
Ossining, NY

Catholic Charities Boystown
Shelter
Cutler Bay, FL

Catholic Charities Fort Worth (USCCB)
Shelter & Long Term Foster Care
Fort Worth, TX

Catholic Charities Houston
Shelter
Houston, Texas

Catholic Charities Houston (USCCB)
Long Term Foster Care
Houston, TX

Catholic Charities Phoenix
Transitional Foster Care & Long Term Foster Care
Phoenix, AZ

Catholic Charities Santa Clara County (USCCB)
Long Term Foster Care
San Jose, CA

Catholic Community Services Tacoma (USCCB)
Transitional Foster Care & Long Term Foster Care
Tacoma, WA

Catholic Family Center (USCCB)
Long Term Foster Care
Rochester, NY

Catholic Guardian Services
Shelter
Bronx, NY

Cayuga Centers
Transitional Foster Care
Bronx NY

Children's Center – Brazoria County Youth Homes
Transitional Foster Care
Oyster Creek, TX

Children's Center – Galveston Multicultural Institute
Shelter
Galveston, Texas

Children's Center – Jameson Center
Transitional Foster Care
Galveston, TX

Children's Center – Pelican Island Center
Shelter
Galveston, TX

Children's Home
Shelter
Tampa, FL

Children's Home of Kingston
Transitional Foster Care
Kingston, NY

Children's Home of Poughkeepsie
Shelter
Poughkeepsie, NY

Children's Home Society
Shelter
Fort Lauderdale, FL

Children's Home Society – Lorraine Thomas
Transitional Foster Care
Melbourne, FL

Children's Village
Shelter, Staff-Secure, Transitional Group Home, & Long Term Foster Care
Dobbs, Ferry, NY

Commonwealth Catholic Charities (USCCB),
Long Term Foster Care
Richmond, VA

Crittenton Services for Children and Families
Shelter, Transitional Group Home, & Long Term Foster Care
Fullerton, CA

David & Margaret
Shelter
La Verne, CA

Friends of Youth
Staff-Secure & Long Term Foster Care
Renton, WA

Heartland – Casa Heartland at Princeton
Shelter
Chicago, IL

Heartland Guadalupe
Shelter
Des Plaines, IL

Heartland International Children's Center
Shelter
Chicago, IL

Heartland International Children's Center – Beverly
Shelter
Chicago, IL

Heartland International Children's Reception Center
Shelter
Chicago, Illinois

Heartland International Youth Center
Staff-Secure
Chicago, IL

Heartland Specialized Care for Immigrant Youth
Shelter
Des Plaines, IL

His House Children's Home
Shelter
Miami Gardens, FL

Holy Family Institute
Transitional Foster Care
Pittsburgh, PA

International Educational Services – Brownsville
Transitional Foster Care
Brownsville, TX

International Educational Services – Driscoll
Shelter
Driscoll, Texas

International Educational Services – Harlingen
Transitional Foster Care
Harlingen, TX

International Educational Services – Hidalgo
Transitional Foster Care
Brownsville, TX

International Educational Services – Los Fresnos
Shelter
Los Fresnos, Texas

International Educational Services – Weslaco
Transitional Foster Care
Weslaco, Texas

KidsPeace
Shelter, Transitional Group Home, & Long Term Foster Care
Bethlehem, PA
~
Lakeside Community Services – Englewood House
Shelter
Chicago, IL

Lakeside Community Services – Washington Park House
Shelter
Chicago, IL

Leake & Watts Services
Shelter & Transitional Foster Care
Yonkers, NY

Lincoln Hall
Shelter
Lincolndale, NY

Lutheran Children and Family Service (LIRS)
Long Term Foster Care
Philadelphia, PA

Lutheran Community Services Northwest (LIRS)
Long Term Foster Care & Long Term Foster Care Group Home
Seattle, WA

Lutheran Social Services of Michigan – Bay City
Shelter
Bay City, MI

Lutheran Social Services of Michigan (LIRS)
Transitional Foster Care, Long Term Foster Care Group Home, & Long Term Foster Care
Lansing, MI

Lutheran Social Services of New England (LIRS)
Long Term Foster Care
Arlington, MA

Lutheran Social Services of New York
Bronx, New York,

Lutheran Social Services of the South – Bokenkamp Children's Shelter
Shelter
Corpus Christi, TX

Lutheran Social Services of the South – El Paso
Transitional Foster Care
El Paso, Texas

Lutheran Social Services of the South – New Hope Children's Shelter
Shelter
McAllen, Texas

MercyFirst
Shelter & Transitional Group Home
Syosset, NY

Morrison Downtown
Shelter
Portland, OR

Morrison Puerta de Esperanza
Shelter
Portland, OR

Morrison Paso
Staff-Secure
Portland, OR

Morrison Senderos
Secure
Portland, OR

Morrison Micasa
Transitional Foster Care
Portland OR

Morrison Micasa (LIRS)
Long Term Foster Care
Portland, OR

Neighbor to Family – Atlanta
Transitional Foster Care
Atlanta, GA

Neighbor to Family – Daytona
Transitional Foster Care
Daytona Beach, FL

New York Foundling
Shelter
New York, NY

Noank Community Support Services
Shelter
17 Pearl Street
Groton, CT 06340

Northern Virginia Juvenile Detention Home (NOVA)
Staff-Secure & Secure
200 S Whiting Street
Alexandria, VA 22304

Nuevo Amanecer Latino Children Services
Transitional Foster Care
Los Angeles, CA

Rite of Passage – Sycamore Canyon Academy
Shelter
Oracle, AZ

Sandy Pines Hospital
Residential Treatment Center
Tequesta, FL

Pioneer Human Services – Selma R. Carson Home
Staff-Secure
Tacoma, WA

Seton Home
Shelter
San Antonio TX

Shenandoah Valley Juvenile Center
Staff-Secure & Secure
Staunton, VA

Shiloh Treatment Center
Residential Treatment Center
Manvel, TX

Southwest Key Antigua
Shelter
San Benito, TX

Southwest Key Campbell
Shelter
Phoenix, AZ

Southwest Key Canutillo
Shelter
Canutillo, TX

Southwest Key Casa Blanca
Shelter
San Antonio, TX

Southwest Key Casa Franklin
Shelter
El Paso, TX

Southwest Key Casa Houston
Shelter
Houston, TX

Southwest Key Casa Lighthouse
Shelter
Phoenix, AZ

Southwest Key Casita Del Valle
Shelter
San Elizario, TX

Southwest Key Combes
Shelter
Harlingen, TX

Southwest Key Conroe
Shelter
Conroe, TX

Southwest Key El Cajon
Shelter
El Cajon, CA

Southwest Key El Presidente
Shelter
Brownsville, TX

Southwest Key Estrella
Shelter
Tucson, AZ

Southwest Key Glendale
Shelter
Glendale, AZ

Southwest Key Las Palmas
Shelter
Mesa, AZ

Southwest Key Lemon Grove
Shelter
Lemon Grove, CA

Southwest Key Mesa
Shelter & Staff-Secure
Houston, TX

Southwest Key Nueva Esperanza
Shelter & Staff-Secure
Brownsville, TX

Southwest Key Phoenix
Shelter
Phoenix, AZ

Southwest Key Pleasant Hill
Shelter
Pleasant Hill, CA

Southwest Key Processing Center
Shelter
Brownsville, TX

Southwest Key Rio Grande
Shelter
San Benito, TX

Southwest Key Sol
Shelter
Youngtown, AZ

St. Peter St. Joseph Children's Home
Shelter & Transitional Foster Care
San Antonio, TX

Tumbleweed Center for Youth Development – Casa de Sueños
Shelter
Phoenix, AZ

Union County Juvenile Detention Center
Secure
Linden, NJ

United Methodist Home for Children
Shelter
Mechanicsburg, PA

Yolo County Juvenile Detention Facility
Secure
Woodland, CA

Youth Care
Shelter
Seattle, WA

Youth for Tomorrow
Shelter
Bristow, VA