UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ACLU-NC, | Case No. C 3:16-CV-3539 |
|---|---|
| Plaintiff(s) | |
| v. | NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| BURWELL ET AL, | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and that they:   *The parties do not think that this case lends itself to ADR for the reasons stated in the case management report.*

- ☒ have not yet reached an agreement to an ADR process OR
- ☐ request an Early Settlement Conference with a Magistrate

Judge Date of Case Management Conference Dec. 22, 2016

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Brigitte Amiri (ACLU of Northern California) | (212) 519-7897 bamiri@aclu.org |
| Peter Phipps (Burwell et al.) | (202) 616-8482 peter.phipps@usdoj.gov |
| | |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: Dec 21, 2016   Signed: Brigitte Amiri
Attorney for Plaintiff

Date: Dec. 22, 2016   Signed: Peter J. Phipps
Attorney for Defendant

*Important!* E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 11-2016*