ELIZABETH O. GILL (SBN 218311)
JENNIFER L. CHOU (SBN 304838)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA  94111
T: (415) 621-2493
F: (415) 255-8437
Email:  *egill@aclunc.org*
Email:  *jchou@aclunc.org*

BRIGITTE AMIRI *(pro hac vice)*
BRIAN HAUSS (SBN 284759)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
T: (212) 549-2633
F: (212) 549-2652
Email:  *bamiri@aclu.org*
Email:  *bhauss@aclu.org*

*Attorneys for Plaintiff*
[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>     Plaintiff,<br><br> v.<br><br>SYLVIA MATHEWS BURWELL, Secretary of Health and Human Services; MARK GREENBERG, Acting Assistant Secretary for Administration for Children and Families; ROBERT CAREY, Director of Office of Refugee Resettlement, in their official capacities,<br><br>     Defendants. | Case No. 3:16-cv-3539-LB<br><br>**PLAINTIFF'S MOTION TO EXTEND BRIEFING DEADLINES AND HEARING DATE FOR THE UNITED STATES CONFERENCE OF CATHOLIC BISHOPS' MOTION TO INTERVENE; [PROPOSED] ORDER** |

_____

*AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA V. BURWELL ET. AL.*,
PLAINTIFF'S MOTION TO EXTEND BRIEFING DEADLINES AND HEARING DATE FOR THE UNITED STATES CONFERENCE OF CATHOLIC BISHOPS' MOTION TO INTERVENE; [PROPOSED] ORDER
CIVIL NO. 3:16-CV-3539-LB

MELISSA GOODMAN (SBN 289464)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
T: (213) 977-9500
F: (213) 977-5299
Email: *mgoodman@aclusocal.org*

DANIEL MACH *(pro hac vice)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
T: (202) 675-2330
Email: *dmach@aclu.org*

*Attorneys for Plaintiff*

---

*AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA V. BURWELL ET. AL.*,
PLAINTIFF'S MOTION TO EXTEND BRIEFING DEADLINES AND HEARING DATE FOR THE UNITED STATES
CONFERENCE OF CATHOLIC BISHOPS' MOTION TO INTERVENE; [PROPOSED] ORDER
CIVIL NO. 3:16-CV-3539-LB                                                                 0

Under Federal Rule of Civil Procedure 6(b), and Local Rule 6-3, Plaintiff hereby moves the Court for a fourteen (14) day extension of time, to and until January 12, 2017, to file an opposition to the United States Conference of Catholic Bishop's Motion to Intervene. Plaintiff also moves the Court for a continuance of the hearing date, currently set for January 19, 2017, to February 2, or another date the Court deems appropriate in light of the extension.

Local Rule 7-3(a) currently requires Plaintiff's opposition to be filed by December 29, 2016. Plaintiff seeks an extension of time because offices for the American Civil Liberties Union, the American Civil Liberties Union Foundation of Northern California, and the American Civil Liberties Union Foundation of Southern California will be closed in whole or in part on December 23, 26 and 31, as well as on January 2. Several of Plaintiff's counsel will be traveling and attending to family commitments throughout the holidays. *See* Declaration of Brigitte Amiri ¶¶ 3, 5. If the Court grants the requested extension, Plaintiff also seeks a continuance of the hearing on USCCB's motion to intervene to allow parties sufficient time to brief the Court in the matter.

As detailed in the attached declaration, Defendants do not object to this motion, and they request the same briefing schedule for their response to the motion. USCCB opposes this motion. *Id.* ¶ 6.

The requested extension would not affect the motion practice and discovery schedule as proposed in the Joint Case Management Statement filed on December 16, 2016.

Dated: December 23, 2016            Respectfully submitted,

By: /s/ Brigitte Amiri
     Brigitte Amiri*

Attorney for Plaintiff

* Appearing *pro hac vice*

---

AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA V. BURWELL ET. AL.,
PLAINTIFF'S MOTION TO EXTEND BRIEFING DEADLINES AND HEARING DATE FOR THE UNITED STATES CONFERENCE OF CATHOLIC BISHOPS' MOTION TO INTERVENE; [PROPOSED] ORDER
CIVIL NO. 3:16-CV-3539-LB                                                                                                       1

1  **[PROPOSED] ORDER**

2  Good cause appearing, the Court hereby ORDERS as follows:

3  1.  The time for Plaintiff to file an opposition to USCCB's motion to intervene is extended to January 12, 2017. If USCCB should wish to file a reply, they may do so no later than January 19, 2017.

6  2.  The hearing on USCCB's motion to intervene, scheduled to take place on January 19, 2017, is hereby continued to _____, 2017, at _____ in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

10  **IT IS SO ORDERED.**

Dated: _____     By: _____
                                  HONORABLE LAUREL BEELER
                                  United States Magistrate Judge