ELIZABETH O. GILL (SBN 218311)
JENNIFER L. CHOU (SBN 304838)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA  94111
T: (415) 621-2493
F: (415) 255-8437
Email:  *egill@aclunc.org*
Email:  *jchou@aclunc.org*

BRIGITTE AMIRI *(pro hac vice)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
T: (212) 549-2633
F: (212) 549-2652
Email:  *bamiri@aclu.org*

*Attorneys for Plaintiff*
[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS E. PRICE, Secretary of Health and Human Services, *et al.* <br><br> Defendants, <br><br> and <br><br> U.S. CONFERENCE OF CATHOLIC BISHOPS, <br><br> Defendant-Intervenor. | Case No. 3:16-cv-3539-LB <br><br> **STIPULATED ORDER CONTINUING HEARING TO APRIL 20, 2017, AND PERMITTING TELEPHONIC PARTICIPATION** |

MELISSA GOODMAN (SBN 289464)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
T: (213) 977-9500
F: (213) 977-5299
Email: *mgoodman@aclusocal.org*

DANIEL MACH *(pro hac vice)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
T: (202) 675-2330
Email: *dmach@aclu.org*

*Attorneys for Plaintiff*

---

*AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA V. PRICE ET. AL.*,
STIPULATED ORDER CONTINUING HEARING TO APRIL 20, 2017, AND PERMITTING TELEPHONIC PARTICIPATION
CIVIL NO. 3:16-CV-3539-LB

0

This Stipulated Order continues the hearing date for the Government Defendants' Motion to Transfer Venue, ECF No. 62, and the Joint Case Management Conference, from April 13, 2017, at 9:30 a.m. to April 20, 2017, at 9:30 a.m.  Plaintiff's counsel seeks this continuation to accommodate a conflict with Plaintiff's counsel's schedule, and counsel for Government Defendants and Defendant-Intervenor consented to this continuation.

Moreover, counsel for Government Defendants and Defendant-Intervenor seek permission to participate telephonically on April 20, 2017, and they are willing to make arrangements to the Court's satisfaction for a conference line.  Counsel for Plaintiff intends to appear in person.

IT IS SO STIPULATED, through Counsel of Record

Dated: March 16, 2017

/s/ Brigitte Amiri
Counsel for Plaintiff[1]

/s/Peter J. Phipps
Counsel for Government Defendants

/s/Robert E. Dunn
Counsel for Defendant-Intervenor

---

[1] Pursuant to Local Rule 5-1(i)(3), I attest that I have been authorized by Counsel for Government Defendants and Defendant-Intervenor to submit their electronic signature indicated by the "conformed" signature in the respective signature blocks.

---

AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA V. PRICE ET. AL.,
STIPULATED ORDER CONTINUING HEARING TO APRIL 20, 2017, AND PERMITTING TELEPHONIC PARTICIPATION
CIVIL NO. 3:16-CV-3539-LB

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on Government Defendants' Motion to Transfer Venue, and the Joint Case Management Conference, is rescheduled for April 20, 2017, at 9:30 a.m., and any party may participate telephonically.

`Counsel to make arrangements through CourtCall.`

Dated: March 17, 2017

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge

---

AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA V. PRICE ET. AL.,
STIPULATED ORDER CONTINUING HEARING TO APRIL 20, 2017, AND PERMITTING TELEPHONIC PARTICIPATION
CIVIL NO. 3:16-CV-3539-LB

2