ELIZABETH O. GILL (SBN 218311)
JENNIFER L. CHOU (SBN 304838)
MISHAN R. WROE (SBN 299296)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA  94111
T: (415) 621-2493
F: (415) 255-8437
Email:  *egill@aclunc.org*
Email:  *jchou@aclunc.org*
Email: *mwroe@aclunc.org*

BRIGITTE AMIRI *(pro hac vice)*
MEAGAN BURROWS *(pro hac vice forthcoming)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
T: (212) 549-2633
F: (212) 549-2652
Email:  *bamiri@aclu.org*
Email: *mburrows @aclu.org*

*Attorneys for Plaintiff*
[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> DON WRIGHT, Acting Secretary of Health and Human Services, *et al.*, <br><br> Defendants, <br><br> v. <br><br> U.S. CONFERENCE OF CATHOLIC BISHOPS, <br><br> Defendant-Intervenors. | Case No. 3:16-cv-3539-LB <br><br> **DECLARATION OF BRIGITTE AMIRI IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

---

*AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA V. WRIGHT ET. AL.*,
DECLARATION OF BRIGITTE AMIRI, CIVIL NO. 3:16-CV-3539-LB

1  MELISSA GOODMAN (SBN 289464)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
2  OF SOUTHERN CALIFORNIA
   1313 West 8th Street
3  Los Angeles, CA 90017
   T: (213) 977-9500
4  F: (213) 977-5299
   Email: *mgoodman@aclusocal.org*
5

6  DANIEL MACH *(pro hac vice)*
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
7  915 15th Street NW
   Washington, DC 20005
8  T: (202) 675-2330
   Email: *dmach@aclu.org*

9  *Attorneys for Plaintiff*

I, Brigitte Amiri, declare as follows:

1. I am a Senior Staff Attorney at the American Civil Liberties Union Foundation and counsel for Plaintiff in the above captioned matter. I have personal knowledge of the facts stated in this declaration and I could and would testify competently to them, if called to do so.

2. At the time Plaintiff filed the complaint in this case, or the first amended complaint, it did not have knowledge of Defendants' policies and practices of interfering, obstructing, and denying unaccompanied immigrant minors access to abortion-related care.

3. On September 21, 2017, I became aware that Jane Doe, an unaccompanied immigrant minor, was in a federally funded shelter in Texas, and Defendants were resisting her request for access to abortion. I learned that Defendants were going to require Ms. Doe to obtain counseling from an anti-abortion crisis pregnancy center (CPC). I contacted Defendants' counsel on September 22, 2017, and raised concerns about the constitutionality of forcing Ms. Doe to be counseled by a CPC, and Defendants' overall interference with Ms. Doe's abortion access.

4. After I contacted Defendants' counsel, Defendants allowed Ms. Doe the ability to access state court to obtain a judicial bypass in lieu of parental consent required for abortion in Texas. She was appointed a guardian ad litem and an attorney ad litem, and secured a judicial bypass on September 25, 2017.

5. Ms. Doe had an appointment scheduled for state mandated counseling on September 28, 2017, and an appointment for the abortion on September 29, 2017. Defendants, through their counsel, announced on September 27, that they were prohibiting Ms. Doe from keeping her appointments on September 28 or September 29. Defendants refused – and are continuing to refuse - to transport Ms. Doe, and are refusing to allow anyone to transport Ms. Doe to the abortion facility.

6. On September 28, 2017, I indicated to Defendants' counsel that Plaintiff would likely seek to challenge Defendants' blatantly unconstitutional actions in court.

---

*AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA V. WRIGHT ET. AL.*,
DECLARATION OF BRIGITTE AMIRI, CIVIL NO. 3:16-CV-3539-LB

1

1    I declare under penalty of perjury that the foregoing is true and correct to the best of my
2 knowledge.
3    Executed October 5, 2017, in New York, New York.

                                    By: /s/ Brigitte Amiri
                                        Brigitte Amiri

*AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA V. WRIGHT ET. AL.*,
DECLARATION OF BRIGITTE AMIRI, CIVIL NO. 3:16-CV-3539-LB

2