ELIZABETH O. GILL (SBN 218311)
JENNIFER L. CHOU (SBN 304838)
MISHAN R. WROE (SBN 299296)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
Email: *egill@aclunc.org*
Email: *jchou@aclunc.org*
Email: *mwroe@aclunc.org*

BRIGITTE AMIRI *(pro hac vice)*
MEAGAN BURROWS *(pro hac vice forthcoming)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
T: (212) 549-2633
F: (212) 549-2652
Email: *bamiri@aclu.org*
Email: *mburrows@aclu.org*

MELISSA GOODMAN (SBN 289464)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
T: (213) 977-9500
F: (213) 977-5299
Email: *mgoodman@aclusocal.org*

DANIEL MACH *(pro hac vice)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
T: (202) 675-2330
Email: *dmach@aclu.org*

*Attorneys for Plaintiff*

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, <br><br> Plaintiff, | ) ) ) ) ) <br> Case No. 3:16-cv-3539-LB |

*PROPOSED ORDER*

|   |   |
|---|---|
| v. | ) |
|   | ) |
| DON WRIGHT, Acting Secretary of Health and Human Services, *et al.,* | ) ) |
|   | ) |
| Defendants, | ) |
|   | ) |
| v. | ) |
|   | ) |
| U.S. CONFERENCE OF CATHOLIC BISHOPS, | ) ) |
|   | ) |
| Defendant-Intervenors. | ) |

## [PROPOSED] ORDER ON MOTION TO AMEND COMPLAINT

After considering the moving papers submitted by Plaintiff in support of its motion to amend the complaint, and any opposition, reply, and further pleadings an argument submitted in support thereof, or in opposition thereto, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED.  PLAINTIFFS MAY FILE THEIR SECOND AMENDED COMPLAINT.

**IT IS SO ORDERED**.

Dated: _____      By: _____
                                                HONORABLE LAUREL BEELER
                                                United States Magistrate Judge

*PROPOSED ORDER*