# Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13

ELIZABETH O. GILL (SBN 218311)
JENNIFER L. CHOU (SBN 304838)
MISHAN R. WROE (SBN 299296)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA  94111
T: (415) 621-2493
F: (415) 255-8437
Email: *egill@aclunc.org*
Email: *jchou@aclunc.org*
Email: *mwroe@aclunc.org*

BRIGITTE AMIRI *(pro hac vice)*
MEAGAN BURROWS *(pro hac vice forthcoming)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
T: (212) 549-2633
F: (212) 549-2652
Email: *bamiri@aclu.org*
Email: *mburrows@aclu.org*

*Attorneys for Plaintiffs*
[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

14
15
16

**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, JANE DOE, on behalf of herself and others similarly situated, | ) ) ) | Case No. 3:16-cv-3539-LB |
| Plaintiffs, | ) ) ) | **DECLARATION OF BRIGITTE AMIRI IN SUPPORT OF PLAINTIFFS' MOTION FOR TRO/PRELIMINARY INJUNCTION** |
| v. | ) ) ) | |
| DON WRIGHT, Acting Secretary of Health and Human Services, *et al.*, | ) ) ) | |
| Defendants, | ) ) | |
| v. | ) ) | |
| U.S. CONFERENCE OF CATHOLIC BISHOPS, | ) ) ) | |
| Defendant-Intervenors. | | |

1  MELISSA GOODMAN (SBN 289464)
2  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   OF SOUTHERN CALIFORNIA
3  1313 West 8th Street
   Los Angeles, CA 90017
4  T: (213) 977-9500
   F: (213) 977-5299
5  Email: *mgoodman@aclusocal.org*

6  DANIEL MACH *(pro hac vice)*
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
7  915 15th Street NW
   Washington, DC 20005
8  T: (202) 675-2330
   Email: *dmach@aclu.org*

9  *Attorneys for Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Brigitte Amiri, declare as follows:

1.      I am a Senior Staff Attorney at the American Civil Liberties Union Foundation and counsel for Plaintiffs in the above captioned matter.  I have personal knowledge of the facts stated in this declaration and I could and would testify competently to them, if called to do so.

2.      On September 21, 2017, I became aware that Jane Doe, an unaccompanied immigrant minor, was in a federally funded shelter in Texas, and Defendants were resisting her request for access to abortion.  I learned that Defendants were going to require Ms. Doe to obtain counseling from an anti-abortion crisis pregnancy center (CPC).  I contacted Defendants' counsel on September 22, 2017, and raised concerns about the constitutionality of forcing Ms. Doe to be counseled by a CPC, and Defendants' overall interference with Ms. Doe's abortion access.

3.      After I contacted Defendants' counsel, Defendants allowed Ms. Doe the ability to access state court to obtain a judicial bypass in lieu of parental consent required for abortion in Texas.  She was appointed a guardian ad litem and an attorney ad litem, and secured a judicial bypass on September 25, 2017.

4.      Ms. Doe had an appointment scheduled for counseling and a medical examination on September 28, 2017, and an appointment for the abortion on September 29, 2017. Defendants, through their counsel, announced on September 27, 2017 that they were prohibiting Ms. Doe from keeping her appointments on September 28 or September 29.  Defendants refused – and are continuing to refuse – to transport Ms. Doe, and are refusing to allow anyone to transport Ms. Doe to the abortion facility.

5.      On September 28, 2017, I contacted Defendants' counsel to clarify Defendants' position about Jane Doe's access to abortion.  Defendants' counsel told me that Defendants would not allow Jane Doe access to abortion.  I indicated that Plaintiffs would likely seek to challenge Defendants' blatantly unconstitutional actions in court.

6.      In support of Plaintiffs' Motion for TRO/Preliminary Injunction, Plaintiffs rely upon documents received in discovery from Defendants and from advocates working with

unaccompanied immigrant minors.  The documents Plaintiffs received in discovery have been redacted pursuant to the parties' protective order and further agreements.  These documents are attached and referenced in Plaintiffs' Memorandum in Support of Plaintiffs' Motion for a TRO/Preliminary Injunction as follows:

7.      **Exhibit A:** March 4, 2017 Memorandum from Kenneth Tota, Acting Director, Office of Refugee Resettlement, Re: ORR custodial decisions to preserve the health of a pregnant UAC, PRICE_PROD_00005146.

8.      **Exhibit B:** March 3, 2017 Email from Acting ORR Director Ken Tota to Staff Re: Heightened Medical Procedures Guidance; March 10, 2017 Email Re: ORR Guidance for Pregnant UC, PRICE_PROD_00004528-32.

9.      **Exhibit C:** March Email Exchanges between ORR Director Scott Lloyd and Senior Management Regarding UC Pregnancy Termination Policies, Including Director Lloyd's Instructions that "Grantees Should Not Be Supporting Abortion Services Pre or Post-Release; Only Pregnancy Services and Life-Affirming Options Counseling", PRICE_PROD_00010706.

10.      **Exhibit D:** March 14, 2017 Email from S. Lloyd Re: Personal Meeting with UAC in San Antonio, Texas and Discussion Regarding Her Pregnancy Decision, PRICE_PROD_00010950-52.

11.      **Exhibit E:** April 1 – 4, 2017 Email Exchange Regarding Scott Lloyd's Discussion with UAC in Arizona, PRICE_PROD_00010616.

12.      **Exhibit F:** ORR's "Trusted Providers in HHS Cities" Excel Spreadsheet (Reformatted as PDF).

13.      **Exhibit G:** March 24, 2017 Email from S. Lloyd Re: CPC Counseling, PRICE_PROD_00010709-10.

14.      **Exhibit H:** March 29 – April 3, 2017 Internal ORR Email Exchange Regarding Informing UAC's Mother and Sponsor about Abortion Procedure, PRICE_PROD_00010866-67.

15.      **Exhibit I:** March 31, 2017 Email to ORR's J. De La Cruz Re Directions to Notify Mother of UAC Despite UAC's Desire Not To, PRICE_PROD_00010623.

1      I declare under penalty of perjury that the foregoing is true and correct to the best of my

2    knowledge. Executed October 5, 2017, in New York, New York.

3

4                              By: /s/ Brigitte Amiri

5                                  Brigitte Amiri

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28