# Exhibit D

**From:** Lloyd, Scott (ACF)
**Sent:** Friday, March 17, 2017 4:43 PM
**To:** ▓▓▓▓▓▓▓▓▓▓
**Cc:** White, Jonathan (ACF); De LA Cruz, James (ACF)
**Subject:** RE: Quick thoughts Message from Mr. Scott Lloyd

▓▓

This is just a quick note to find out whether there are any updates on ▓▓▓▓▓▓ placement, as there was an indication at the beginning of the week that we may be close. I am just checking, not looking to rush things.

In related news, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I hope you had a good rest of the week.

Thank you,
Scott


**From:** ▓▓▓▓▓▓▓▓▓▓
**Sent:** Tuesday, March 14, 2017 6:22 PM
**To:** Lloyd, Scott (ACF)
**Cc:** White, Jonathan (ACF); De LA Cruz, James (ACF)
**Subject:** RE: Quick thoughts Message from Mr. Scott Lloyd

Sir all requests have been sent to local FFS and providers.  i don't foresee any issues with these requests, but I do have a question and a comment about these bullets.

- ▓▓▓▓▓▓ I got her pre-release plan with a list of resources to assist with pregnancy.  I asked them to firm up plan a bit and will send for your review if you would like to see it.  I have also attached the resources close to her house that will assist with her post release services and are close to her future address of, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Again this is still tentative and any additional resources you have are welcome sir.
- If things get dicey with ▓▓▓▓▓▓ sponsor, I know a few good families with a heart for these situations who would take her in in a heartbeat and see her through her pregnancy and beyond. ▓▓▓▓▓▓ said she would accept this if things can't work out with her aunt soon. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    - Potential foster care is identified by approved providers after referral for this level of care by program and approved by FFS.  these houses are homes that have been awarded a grant to house UAC by ACF-ORR.  they have to be licensed to accept our kiddos.

Thank you again for your trip, I learned from you and I hope you take your experience here in San Antonio and we have set the bar high.  I always push my teams to be the best and our providers to provide best services in the nation, so what you saw is SOP on a daily basis.

CONFIDENTIAL – Subject to Protective Order                                                                                          PRICE_PROD_00010950

Safe travels sir, and it was pleasure to have met you. I look forward to working for you at ORR! please feel free to reach out to me if you should have any questions concerning any UC in the Central Texas or Chicago AOR.

PS: I have included my immediate Supervisor Mr. James De La Cruz on email as he is that al knowing all seeing UAC Oracle… LOL.  He can also assist with any questions when it comes to our kiddos and level of care to you in DC.  He is an amazing man that has steered this ship overseeing more than 175,000 kiddos in the last five years…



**From:** Lloyd, Scott (ACF)
**Sent:** Tuesday, March 14, 2017 1:51 PM
**To:**
**Subject:** Quick thoughts

,

Just a few things, while they are fresh in my mind:

1) ▓▓▓▓▓ said she preferred the food at Seton—that it wasn't Honduran enough at BCFS (she mentioned bananas, which I thought BCFS has, and soup). If there is a way to accommodate at BCFS with any food requests, please find a way. She's feeling very nauseous because of the pregnancy.
2) She also says she has pain in her arms and legs at night and thinks it might be the mattress.  This is one to keep in mind, if there is an extra mattress laying around, maybe plywood instead of the planks underneath as you were saying at the extended care facility, maybe foam or something on top of the mattress. Something to look into.
3) ▓▓▓▓▓-please have her clinician keep a close eye on her. As I've said, often these girls start to regret abortion, and if this comes up, we need to connect her with resources for psychological and / or religious counseling. It's not going to affect some girls right away or at all. If there are any additional updates on her case, I'd like to know.
4)  If things get dicey with ▓▓▓▓▓ sponsor, I know a few good families with a heart for these situations who would take her in in a heartbeat and see her through her pregnancy and beyond ▓▓▓▓▓ said she would accept this if things can't work out with her aunt soon.

That's all I can think of right now. Thanks again for everything, and for the hard work and dedication of you and your team.

Scott

\*\*\*
E. Scott Lloyd
U.S. Department of Health and Human Services
(202) 260-7387
(202) 868-9192 (cell)

CONFIDENTIAL – Subject to Protective Order                                                                                      PRICE_PROD_00010951

scott.lloyd@acf.hhs.gov

3

CONFIDENTIAL – Subject to Protective Order   PRICE_PROD_00010952