# Exhibit 2

ELIZABETH O. GILL (SBN 218311)
JENNIFER L. CHOU (SBN 304838)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: *egill@aclunc.org*
Email: *jchou@aclunc.org*

BRIGITTE AMIRI (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2633
Facsimile: (212) 549-2652
Email: *bamiri@aclu.org*
Email: *bhauss@aclu.org*

MELISSA GOODMAN (SBN 289464)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5299
Email: *mgoodman@aclusocal.org*

DANIEL MACH (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
Telephone: (202) 675-2330
Email: *dmach@aclu.org*

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, JANE DOE, on behalf of herself and others similarly situated,<br><br>Plaintiffs, | )<br>)<br>)<br>)<br>) Civil No. 3:16-cv-3539-LB<br>)<br>) **DECLARATION OF JANE DOE** |

v. )
)
DON WRIGHT, Acting Secretary of Health )
and Human Services, *et al.* )
)
Defendants.

I, Jane Doe, hereby declare and state as follows:

1. I submit this declaration in support of Plaintiffs' motion for a temporary restraining order.

2. I came to the United States from my home country without my parents.

3. I am 17 years old.

4. I was detained upon arrival, and am currently in a shelter in Texas.

5. I am pregnant. I have decided to have an abortion.

6. I have sought and obtained a judicial bypass of Texas's parent consent law.

7. Both an attorney ad litem and a guardian ad litem were appointed to assist me in the judicial bypass. They both speak Spanish and have explained what is happening to me and my legal rights.

8. This declaration has been translated for me by my ad litems so that I know its contents and it states the truth.

9. I had an appointment scheduled for September 28, 2017, with a licensed health care facility in Texas for an examination by a licensed physician who specializes in obstetrics and gynecology, and to obtain options counseling.

10. I had an appointment scheduled for September 29, 2017, for the abortion.

11. I have been told my ad litems that Defendants prohibited me from traveling to the health care center for the examination, counseling, and abortion.

12. Defendants have forced me to obtain counseling from a religiously affiliated crisis pregnancy center where I was forced to look at the sonogram.

13. Defendants have been talking to me about my pregnancy – I feel like they are trying to coerce me to carry my pregnancy to term.

14. Defendants told my mother about my pregnancy, and are trying to force me to tell her as well.

15. I do not want to be forced to carry a pregnancy to term against my will.

16. I do not want to proceed in court using my real name because I fear retaliation because I am seeking an abortion. I do not want my family to know that I am seeking an abortion.

17. I agree to be a class representative for similarly situated individuals.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 4, 2017

*JANE DOE*
Jane Doe