ELIZABETH O. GILL (SBN 218311)
JENNIFER L. CHOU (SBN 304838)
MISHAN R. WROE (SBN 299296)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: *egill@aclunc.org*
Email: *jchou@aclunc.org*
Email: *mwroe@aclunc.org*

BRIGITTE AMIRI (*pro hac vice*)
MEAGAN BURROWS (*pro hac vice forthcoming*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2633
Facsimile: (212) 549-2652
Email: *bamiri@aclu.org*
Email: *mburrows@aclu.org*

MELISSA GOODMAN (SBN 289464)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5299
Email: *mgoodman@aclusocal.org*

DANIEL MACH (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
Telephone: (202) 675-2330
Email: *dmach@aclu.org*

*Attorneys for Plaintiffs*

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, JANE DOE, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DON WRIGHT, Acting Secretary of Health | )<br>)<br>)<br>)  Civil No. 3:16-cv-3539-LB<br>)<br>)<br>)<br>) |

*PROPOSED ORDER*                                    1

and Human Services, *et al*.,  )
                                                    Defendants,  )
v.  )
U.S. CONFERENCE OF CATHOLIC BISHOPS,  )
                  Defendant-Intervenors.

## [PROPOSED] ORDER ON MOTION FOR TRO/PRELIMINARY INJUNCTION

After considering the moving papers submitted by Plaintiffs in support of their Motion for a TRO and/or Preliminary Injunction, and any opposition, reply, and further pleadings and argument submitted in support thereof, or in opposition thereto, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Motion is GRANTED:

1. Defendants are required to transport Jane Doe to an abortion provider closest to Ms. Doe's shelter to obtain counseling required by state law on October 6, 2017, and the abortion procedure on October 7, 2017. If Ms. Doe prefers to be transported to either or both appointments by her guardian or attorney ad litem, they may provide transportation from the shelter to the abortion facility.

2. Defendants are temporarily restrained and preliminarily enjoined from interfering with or obstructing Ms. Doe's access to abortion.

3. Defendants and their agents, or anyone acting in concert with them, are temporarily restrained and preliminarily enjoined from further forcing Ms. Doe to reveal her abortion decision to anyone, or revealing it anyone themselves.

4. Defendants and their agents, or anyone acting in concert with them, are temporarily restrained and preliminarily enjoined from retaliating against Ms. Doe based on her decision to have an abortion.

5. Defendants are preliminarily enjoined from interfering with, obstructing, or preventing any pregnant unaccompanied minors in federal custody from accessing pregnancy

related care, including but not limited to accessing non-directive options counseling, accessing medical appointments related to pregnancy dating, attempting to obtain a judicial bypass, or accessing an abortion procedure.

6. Defendants are preliminarily enjoined from forcing, coercing, or requiring pregnant unaccompanied minors in federal custody, or upon release from federal custody, to obtain "counseling" from an anti-abortion entity, including a crisis pregnancy center or "pregnancy resource center" either before or after the abortion.

7. Defendants are preliminarily enjoined from forcing, coercing, or requiring unaccompanied minors in federal custody, or upon release from federal custody, to notify anyone of their abortion decision, either before or after the abortion. Defendants are similarly preliminarily enjoined from disclosing a minor's abortion decision, either before or after the abortion, to the minor's family or immigration sponsor.

8. Defendants and their agents, or anyone acting in concert with them, are preliminary enjoined from individually coercing or attempting to "persuade" a pregnant unaccompanied immigrant minor to carry her pregnancy to term.

9. Plaintiffs shall not be required to furnish security for costs.

**IT IS SO ORDERED.**

Dated: _____    By: _____
           HONORABLE LAUREL BEELER
           United States Magistrate Judge