ELIZABETH O. GILL (SBN 218311)
JENNIFER L. CHOU (SBN 304838)
MISHAN R. WROE (SBN 299296)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: *egill@aclunc.org*
Email: *jchou@aclunc.org*
Email: *mwroe@aclunc.org*

BRIGITTE AMIRI (*pro hac vice*)
MEAGAN BURROWS (*pro hac vice forthcoming*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2633
Facsimile: (212) 549-2652
Email: *bamiri@aclu.org*
Email: *mburrows@aclu.org*

MELISSA GOODMAN (SBN 289464)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5299
Email: *mgoodman@aclusocal.org*

DANIEL MACH (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
Telephone: (202) 675-2330
Email: *dmach@aclu.org*

*Attorneys for Plaintiffs*

**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, JANE DOE, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v. | )<br>)<br>)<br>)  Civil No. 3:16-cv-3539-LB<br>)<br>)<br>) |

---

*ACLU OF NORTHERN CALIFORNIA V. WRIGHT ET. AL*, PROPOSED ORDER
CIVIL NO. 3:16-CV-3539-LB

|   |   |
|---|---|
| DON WRIGHT, Acting Secretary of Health and Human Services, *et al.*, | ) ) ) ) |
| Defendants, | ) ) |
| v. | ) ) |
| U.S. CONFERENCE OF CATHOLIC BISHOPS, | ) ) ) |
| Defendant-Intervenors. | ) ) ) ) |

## [PROPOSED] ORDER ON MOTION FOR TRO

After considering the moving papers submitted by Plaintiffs in support of their Motion for a TRO as to Plaintiff Jane Doe, and any opposition, reply, and further pleadings and argument submitted in support thereof, or in opposition thereto, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Motion is GRANTED:

1. Defendants Don Wright, Steven Wagner and Scott Lloyd and their successors and agents ("Federal Defendants") are required to transport Jane Doe to an abortion provider closest to Ms. Doe's shelter to obtain counseling required by state law on October 12, 2017, and the abortion procedure on October 13, 2017.  If Ms. Doe prefers to be transported to either or both appointments by her guardian or attorney ad litem, they may provide transportation from the shelter to the abortion facility.

2. Federal Defendants are temporarily restrained from interfering with or obstructing Ms. Doe's access to abortion.

3. Federal Defendants, or anyone acting in concert with them, are temporarily restrained from further forcing Ms. Doe to reveal her abortion decision to anyone, or revealing it to anyone themselves.

*ACLU of Northern California v. Wright et. al*, Proposed Order
Civil No. 3:16-cv-3539-LB

4.     Federal Defendants, or anyone acting in concert with them, are temporarily restrained from retaliating against Ms. Doe based on her decision to have an abortion.

5.     Plaintiffs shall not be required to furnish security for costs.

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                              HONORABLE LAUREL BEELER
                                              United States Magistrate Judge