KEN PAXTON
  Attorney General of Texas
JEFFERY C. MATEER
  First Assistant Attorney General
BRANTLEY D. STARR
  Deputy First Assistant Attorney General
SCOTT A. KELLER
  Solicitor General
JAMES E. DAVIS
  Deputy Attorney General for Civil Litigation
DAVID J. HACKER (CA Bar No. 249272; TX Bar No. 24103323)
  Special Counsel for Civil Litigation
KYLE HAWKINS
  Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Mail Code 009
Austin, Texas 78711-2548
(512) 936-1414
david.hacker@oag.texas.gov

*Attorneys for Amici Curiae*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>DON WRIGHT, Acting Secretary of Health and Human Services, et al.,<br><br>    Defendants,<br><br>and<br><br>UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>    Intervenor-Defendant. | Case No. 3:16-cv-3539-LB<br><br>**Hon. Laurel Beeler**<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR MOVANTS AND PROPOSED *AMICI CURIAE* TEXAS, LOUISIANA, MISSOURI, NEBRASKA, OHIO, OKLAHOMA, AND SOUTH CAROLINA** |

*David J. Hacker's Notice of Appearance* – 3:16-cv-3539-LB

**TO THE HONORABLE COURT AND ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that David J. Hacker shall appear on behalf of Movants and Proposed *Amici Curiae* Texas, Louisiana, Missouri, Nebraska, Ohio, Oklahoma, and South Carolina in this action, and is authorized to receive service of all pleadings, notices, orders and other papers regarding this action on their behalf:

> David J. Hacker
> Special Counsel for Civil Litigation
> California Bar No. 249272
> Texas Bar No. 24103323
> OFFICE OF THE ATTORNEY GENERAL OF TEXAS
> P.O. Box 12548, Mail Code 009
> Austin, Texas 78711-2548
> (512) 936-1414
> david.hacker@oag.texas.gov

Mr. Hacker is a member in good standing of the bars of the States of California and Texas and the United States District Court for the Northern District of California.

Respectfully submitted this 10th day of October, 2017.

| | |
|---|---|
| JEFF LANDRY<br>Attorney General of Louisiana | KEN PAXTON<br>Attorney General of Texas |
| JOSH HAWLEY<br>Attorney General of Missouri | JEFFERY C. MATEER<br>First Assistant Attorney General |
| ALAN WILSON<br>Attorney General of South Carolina | BRANTLEY D. STARR<br>Deputy First Assistant Attorney General |
| MIKE DEWINE<br>Attorney General of Ohio | SCOTT A. KELLER<br>Solicitor General |
| MIKE HUNTER<br>Attorney General of Oklahoma | JAMES E. DAVIS<br>Deputy Attorney General for Civil Litigation |
| DOUG PETERSON<br>Attorney General of Nebraska | */s/David J. Hacker*<br>DAVID J. HACKER<br>Special Counsel for Civil Litigation<br>CA Bar No. 249272<br>TX Bar No. 24103323<br>david.hacker@oag.texas.gov |
| | KYLE HAWKINS<br>Assistant Solicitor General |
| | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>P.O. Box 12548, Mail Code 009<br>Austin, Texas 78711-2548<br>(512) 936-1414 |
| | *Attorneys for Amici Curiae* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2017 I filed the foregoing document with the Clerk of the Court via CM/ECF, which automatically sends notice of the filing to all counsel of record.

*/s/David J. Hacker*
DAVID J. HACKER

*David J. Hacker's Notice of Appearance* – 3:16-cv-3539-LB