KEN PAXTON
  Attorney General of Texas
JEFFERY C. MATEER
  First Assistant Attorney General
BRANTLEY D. STARR
  Deputy First Assistant Attorney General
SCOTT A. KELLER
  Solicitor General
JAMES E. DAVIS
  Deputy Attorney General for Civil Litigation
DAVID J. HACKER (CA Bar No. 249272; TX Bar No. 24103323)
  Special Counsel for Civil Litigation
KYLE HAWKINS
  Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Mail Code 009
Austin, Texas 78711-2548
(512) 936-1414
david.hacker@oag.texas.gov

*Attorneys for Amici Curiae*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>DON WRIGHT, Acting Secretary of Health and Human Services, et al.,<br><br>    Defendants,<br><br>and<br><br>UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>    Intervenor-Defendant. | Case No. 3:16-cv-3539-LB<br><br>**Hon. Laurel Beeler**<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***<br><br>**Hearing date:**    Oct. 11, 2017<br><br>**Hearing time:**    9:30 a.m. |

*Notice of Motion and Motion for Leave to File Brief as Amici Curiae* – 3:16-cv-3539-LB

**TO THE HONORABLE COURT AND ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on October 11, 2017 at 9:30 a.m. before the Honorable Laurel Beeler in Courtroom C of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, 15th floor, San Francisco, California 94102, Texas will move the Court for leave to file a brief as *amici curiae* in this matter. This Motion is brought pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7-1 on the grounds specified below in the Memorandum of Points and Authorities and in the Proposed Brief of *Amici Curiae* Texas, Louisiana, Missouri, Nebraska, Ohio, Oklahoma, and South Carolina.

*Amici* request that the Court waive Local Rule 7-2(a) and permit this motion to be considered before or during the October 11 hearing set for Plaintiffs' Motion to Amend and Motion for Temporary Restraining Order. Although this is less than the normal 35 days of notice required by Local Rule 7-2(a), *amici* are submitting this motion as soon as possible after learning about the request to add new plaintiffs and claims for emergency relief. The Plaintiffs moved for a temporary restraining order on the evening of October 5, Dkt. 82, 84, and after a hearing on October 6, the Court set October 11 for a hearing on the motion to amend and request for a temporary restraining order. Dkt. 90.

Thus, *amici* waive oral argument on this Motion, and request that the Court grant it leave to file the attached *amici curiae* brief on the papers before or during the October 11, 2017 hearing on Plaintiffs' Motion to Amend and Motion for a Temporary Restraining Order.

### STATEMENT OF RELIEF REQUESTED

Texas, Louisiana, Missouri, Nebraska, Ohio, Oklahoma, and South Carolina request leave to file a brief as *amici curiae* in support of the federal Defendants.

### MEMORANDUM OF POINTS AND AUTHORITIES

Although this Court does not have specific rules governing briefs of *amici curiae*, Federal Rule of Appellate Procedure 29(b) provides an appropriate analogy. Under Rule

29(b), a movant must (1) explain its interest, (2) the reason why an *amicus* brief is desirable, and (3) why the matters asserted are relevant to the case. As set forth below, *Amici* will provide value to this case by bringing relevant matters to the Court's attention that are not already discussed by the parties.

Proposed *amici*, the States of Texas, Louisiana, Missouri, Nebraska, Ohio, Oklahoma, and South Carolina, are represented by Ken Paxton, Attorney General of the State of Texas. The Texas Constitution requires the Attorney General to "represent the State in all suits and pleas . . . and from time to time, in the name of the State, take such action in the courts as may be proper and necessary . . . and per-form such other duties as may be required by law." Tex. Const. art. IV § 22; *see also Brady v. Brooks*, 99 Tex. 366, 89 S.W. 1052 (1905). Attorney General Paxton is joined by attorneys general from many other States, and though not parties to this case, the proposed *amici* recognize and seek to defend the significant constitutional issues at issue.

The States have "a legitimate and substantial interest in preserving and promoting fetal life," as well as an "interest in promoting respect for human life at all stages in the pregnancy." *Gonzales v. Carhart*, 550 U.S. 124, 145, 163 (2007). The States further have an interest in cooperating with the federal government to establish a consistent and correct understanding of the rights of aliens unlawfully present in the United States, as the States "bear[] many of the consequences of unlawful immigration." *Arizona v. United States*, 567 U.S. 387, 397 (2012).

The States have a direct interest in the outcome of Plaintiff ACLU of Northern California's motion to amend its complaint and in proposed Plaintiff Jane Doe's motion for a temporary restraining order. For one, according to the allegations, the federal government is holding Jane Doe in a federal facility in Texas after she crossed the Texas border and entered the United States illegally. As a border state with an interest in protecting innocent human life, the Court's resolution of the motion to amend and the requested TRO will directly impact Texas. Moreover, as border security is a nation-wide

1 issue, Texas and the other *amici* States have an interest in protecting cooperative 2 federalism in immigration enforcement. Thus, an *amici curiae* brief from the States will 3 assist the Court in evaluating the potential impact of its ruling outside of its jurisdictional 4 boundaries.

5 The proposed plaintiffs in this case ask the Court to declare that the U.S. 6 Constitution confers on unlawfully-present aliens the absolute right to an abortion on 7 demand even when they have no ties to this country other than the fact of their arrest 8 while attempting to cross the border unlawfully. As far as *amici* can ascertain, no court 9 has ever issued such a sweeping order—and with good reason. If the Court grants the 10 requested relief, there will be no meaningful limit on the constitutional rights an 11 unlawfully-present alien can invoke simply by crossing the border. Such relief would also 12 contradict longstanding Supreme Court precedent that full Fifth Amendment rights vest 13 only in those aliens who "have come within the territory of the United States and developed 14 substantial connections with this country." *United States v. Verdugo-Urquidez*, 494 U.S. 15 259, 271 (1990) (emphasis added).

16 *Amici* thus share their perspective on why the Court must reject Plaintiffs' motions.

## CONCLUSION

*Amici* respectfully request that the Court grant their motion for leave to file a brief as *amici curiae* and order the Clerk to file the attached brief on the docket.

Respectfully submitted this 10th day of October, 2017.

| | |
|---|---|
| JEFF LANDRY<br>Attorney General of Louisiana | KEN PAXTON<br>Attorney General of Texas |
| JOSH HAWLEY<br>Attorney General of Missouri | JEFFERY C. MATEER<br>First Assistant Attorney General |
| ALAN WILSON<br>Attorney General of South Carolina | BRANTLEY D. STARR<br>Deputy First Assistant Attorney General |
| MIKE DEWINE<br>Attorney General of Ohio | SCOTT A. KELLER<br>Solicitor General |
| MIKE HUNTER<br>Attorney General of Oklahoma | JAMES E. DAVIS<br>Deputy Attorney General for Civil Litigation |
| DOUG PETERSON<br>Attorney General of Nebraska | */s/David J. Hacker*<br>DAVID J. HACKER<br>Special Counsel for Civil Litigation<br>CA Bar No. 249272<br>TX Bar No. 24103323<br>david.hacker@oag.texas.gov |
| | KYLE HAWKINS<br>Assistant Solicitor General |
| | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>P.O. Box 12548, Mail Code 009<br>Austin, Texas 78711-2548<br>(512) 936-1414 |
| | *Attorneys for Amici Curiae* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2017 I filed the foregoing document with the Clerk of the Court via CM/ECF, which automatically sends notice of the filing to all counsel of record.

*/s/David J. Hacker*
DAVID J. HACKER