CHAD A. READLER
Acting Assistant Attorney General
JOEL McELVAIN
Assistant Director
PETER J. PHIPPS (D.C. Bar 502904)
Senior Trial Counsel
MARTIN M. TOMLINSON (S.C. Bar)
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 616-8482
Fax: (202) 616-8470
Email: peter.phipps@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX M. AZAR II, Secretary of Health and Human Services, *et al.*,<br><br>Defendants,<br><br>and<br><br>U.S. CONFERENCE OF CATHOLIC BISHOPS,<br><br>Defendant-Intervenor. | Civil No. 3:16-cv-3539-LB<br><br>STIPULATED ORDER MODIFYING BRIEFING SCHEDULE |

## 1. INTRODUCTION

The parties have concluded discovery, but jointly stipulate to modify the briefing schedule. The deadline for deposition redactions under the protective order and witness errata does not run until March 29, 2018. That deadline is past the current due date for Plaintiff's opening motion for summary judgment, which is March 20, 2018. This Stipulated Order supersedes in part the schedule provided by the Stipulated Order Partially Extending Discovery

Cutoff and Modifying Briefing Schedule, ECF No. 111 (Jan. 5, 2018), by modifying the summary judgment briefing schedule accordingly.

**2.   BACKGROUND AND CURRENT SCHEDULE**

Discovery is now complete. On February 27, 2018, counsel received the final deposition transcripts from the court reporter. Defendants' counsel have 30 days to submit errata and, per further agreement of the parties, to make any redactions under the protective order. Accordingly, the parties have agreed to a small modification of their summary judgment briefing. As agreed before, the parties propose a schedule in which each party files two briefs: Plaintiff's motion for summary judgment due April 20, 2018; the Government Defendants' and Defendant-Intervenor's motions for summary judgment and oppositions to Plaintiff's motion for summary judgment due May 22, 2018; Plaintiff's opposition and reply due June 20, 2018; and Government Defendants' and Defendant-Intervenor's reply briefs due July 20, 2018.

**3.   PROPOSED REVISED SCHEDULE**

The parties have conferred, and stipulate to the following discovery cutoff and briefing schedule:

|  | **Case Schedule** |
|---|---|
| **Date** | **Event** |
| 4/20/2018 | Plaintiff's Motion for Summary Judgment |
| 5/22/2018 | Government Defendants' and Defendant-Intervenor's Motions for Summary Judgment and Oppositions to Plaintiff's Motion for Summary Judgment |
| 6/20/2018 | Plaintiff's Opposition(s) to Government Defendants' and Defendant-Intervenor's Motions for Summary Judgment and Reply Brief |
| 7/20/2018 | Government Defendants' and Defendant-Intervenor's Reply Briefs |

**IT IS SO STIPULATED,** through Counsel of Record

Dated:  March 9, 2018          /s/ *Brigitte Amiri*
                               Counsel for Plaintiff

Dated:  March 9, 2018          /s/ *Robert Dunn*
                               Counsel for Defendant-Intervenor

STIPULATED ORDER MODIFYING BRIEFING SCHEDULE
CV 16-3539-LB

2

Dated: March 9, 2018  /s/ *Peter J. Phipps*
Counsel for Defendants[1]

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED.**

Dated: March 12, 2018  _____
United States Magistrate Judge

---

[1] Pursuant to N.D. Cal. Civ. R. 5.1(i)(3), I, Peter J. Phipps hereby attest that I have been authorized by Counsel for Plaintiff and Counsel for USCCB to submit their electronic signatures indicated by the 'conformed' signature (/s/) in the respective signature blocks.

STIPULATED ORDER MODIFYING BRIEFING SCHEDULE
CV 16-3539-LB