CHAD A. READLER
Acting Assistant Attorney General
JOEL McELVAIN
Assistant Director
MARTIN M. TOMLINSON (S.C. Bar)
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 353-4556
Fax: (202) 616-8470
Email: martin.tomlinson@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ALEX M. AZAR II, Secretary of Health and Human Services, *et al.*,<br><br>  Defendants,<br><br>  and<br><br>U.S. CONFERENCE OF CATHOLIC BISHOPS,<br><br>  Defendant-Intervenor. | Civil No. 3:16-cv-3539-LB<br><br>STIPULATED ORDER MODIFYING BRIEFING SCHEDULE |

**1.     INTRODUCTION**

The parties jointly stipulate to modify the briefing schedule to account for the fact that Government Defendants seek additional time, nine days, for circulation and review of their cross motion for summary judgment currently due on May 22, 2018. Under this revised schedule, Defendants' cross motion for summary judgment would be due on May 31, 2018, and the remaining briefs would be shifted accordingly. This Stipulated Order supersedes in part the Stipulated Order Modifying Briefing Schedule, ECF No. 115 (Mar. 12, 2018).


## 2. BACKGROUND AND CURRENT SCHEDULE

Pursuant to their prior agreement on a briefing schedule in which each party files two briefs, Plaintiff has filed its motion for summary judgment on April 20, 2018. Under that schedule, the remaining briefs are due as follows: Government Defendants' and Defendant-Intervenor's motions for summary judgment and oppositions to Plaintiff's motion for summary judgment due May 22, 2018; Plaintiff's opposition and reply due June 20, 2018; and Government Defendants' and Defendant-Intervenor's reply briefs due July 20, 2018. *See* Stipulated Order Modifying Briefing Schedule, ECF No. 115 (Mar. 12, 2018).

## 3. PROPOSED REVISED SCHEDULE

The parties have conferred, and they stipulate to the following revised briefing schedule, which is prompted by Defendant's request for a nine-day extension:

| Date | Case Scheduled Event |
|---|---|
| 4/20/2018 | Plaintiff's Motion for Summary Judgment (COMPLETED) |
| 5/31/2018 | Government Defendants' and Defendant-Intervenor's Motions for Summary Judgment and Oppositions to Plaintiff's Motion for Summary Judgment |
| 6/29/2018 | Plaintiff's Opposition(s) to Government Defendants' and Defendant-Intervenor's Motions for Summary Judgment and Reply Brief |
| 7/30/2018 | Government Defendants' and Defendant-Intervenor's Reply Briefs |

The parties also note that the hearing on these motions is currently scheduled for August 9, ECF No. 116. The parties do not request a modification to the hearing date, but recognize that the proposed revised schedule reduces the time between the date of the last pleading and the hearing date. If the court determines that it would be preferable to allow for more time between the filing of the last pleadings and the hearing, the parties certainly have no objection to the hearing date being moved, and are available on August 16 for such a hearing.

**IT IS SO STIPULATED,** through Counsel of Record

Dated: May 18, 2018               /s/ *Brigitte Amiri*
                                  Counsel for Plaintiff

Dated: May 18, 2018                /s/ *Robert Dunn*
                                  Counsel for Defendant-Intervenor

Dated: May 18, 2018                /s/ *Martin M. Tomlinson*
                                  Counsel for Defendants[1]

---

[1] Pursuant to N.D. Cal. Civ. R. 5.1(i)(3), I, Martin M. Tomlinson, hereby attest that I have been authorized by Counsel for Plaintiff and Counsel for USCCB to submit their electronic signatures indicated by the 'conformed' signature (/s/) in the respective signature blocks.

STIPULATED ORDER MODIFYING BRIEFING SCHEDULE
CV 16-3539-LB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED.**

Dated: May  21 , 2018

_____
United States Magistrate Judge

The court leaves the motion hearing in place for now.