ELIZABETH O. GILL (SBN 218311)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA  94111
T: (415) 621-2493
F: (415) 255-8437
Email: *egill@aclunc.org*

BRIGITTE AMIRI *(pro hac vice)*
MEAGAN BURROWS *(pro hac vice)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
T: (212) 549-2633
F: (212) 549-2652
Email: *bamiri@aclu.org*
Email: *mburrows@aclu.org*

*Attorneys for Plaintiff*

[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>ALEX M. AZAR II, Secretary of Health and Human Services, *et al.*,<br><br>Defendants,<br><br>v.<br><br>U.S. CONFERENCE OF CATHOLIC BISHOPS,<br><br>Defendant-Intervenors. | Case No.  3:16-cv-3539-LB<br><br>**DECLARATION OF MEAGAN BURROWS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' AND USCCB'S MOTIONS FOR SUMMARY JUDGMENT AND REPLY IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 9, 2018<br>Time: 9:30 a.m.<br>Courtroom: 15th Fl., Courtroom C<br>Judge: Hon. Laurel Beeler |

-1-

DECL. OF MEAGAN BURROWS IN SUPP. OF PL.'S OPP. TO DEFS.' & USCCB'S MOT. SUMM. J. & REPLY IN FURTHER SUPP. OF PL.'S MOT. SUMM. J., CIVIL NO. 3:16-CV-3539-LB

1  MELISSA GOODMAN (SBN 289464)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
2  OF SOUTHERN CALIFORNIA
   1313 West 8th Street
3  Los Angeles, CA 90017
   T: (213) 977-9500
4  F: (213) 977-5299
   Email: *mgoodman@aclusocal.org*
5
   DANIEL MACH *(pro hac vice)*
6  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   915 15th Street NW
7  Washington, DC 20005
   T: (202) 675-2330
8  Email: *dmach@aclu.org*

9  MISHAN WROE (SBN 299296)
   RILEY SAFER HOLMES & CANCILA LLP
10 456 Montgomery Street, 16th Floor
   San Francisco, CA 94104
11 T: (415) 275-8522
   Email: *mwroe@rshc-law.com*
12
   *Attorneys for Plaintiff*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

DECL. OF MEAGAN BURROWS IN SUPP. OF PL.'S OPP. TO DEFS.' & USCCB'S MOT. SUMM. J. & REPLY
IN FURTHER SUPP. OF PL.'S MOT. SUMM. J., CIVIL NO. 3:16-CV-3539-LB

I, Meagan Burrows, hereby declare as follows:

1. I am an attorney at American Civil Liberties Union Foundation. I have been admitted to this court *pro hac vice* and I am counsel for Plaintiff in this action. I submit this declaration in support of Plaintiff's Opposition to Defendants' and USCCB's Motions for Summary Judgment and Reply in Further Support of Plaintiff's Motion for Summary Judgment. I have personal knowledge of the facts set forth in this declaration and would competently testify as set forth herein.

2. Attached herewith as **Exhibit A** is a true and correct copy of additional excerpts of the transcript of Katherine Chon's Deposition, taken December 19, 2017.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 29th day of June, 2018, in New York, New York.

/s/ *Meagan Burrows*
Meagan Burrows